HARVEY TUTT V. THE STATE.

No. 16154.   Delivered October 25, 1933.
.   Reported in 63 S. W. (2d) 1033.

The opinion states the case.

*Crumpton & Crumpton,* of Texarkana, for appellant.

.   *Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—Conviction for aggravated assault; punishment, a fine of twenty-five dollars, and one month in the county jail.

We find in the record an affidavit in proper form certifying that since this appeal was perfected the appellant has died. The jurisdiction of this court has been superseded by that of a higher court, and we have no further jurisdiction.

The appeal is dismissed.

*Dismissed.*